[No. 59567-9-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER SHEPPLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-00196-2, Michael J. Fox, J., entered January 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59747-7-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR CURTIS PATEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00029-4, Steven J. Mura, J., entered March 15, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[Nos. 59771-0-I; 59772-8-I;   Division One.   July 21, 2008.]
59773-6-I.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE JAMES FRANCIS, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 04-1-14257-8, J. Wesley Saint Clair, J., entered February 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59800-7-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ESTEBAN VALENZUELA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-01194-1, Gregory P. Canova, J., entered March 27, 2007. *Dismissed* by unpublished per curiam opinion.